# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 19-00167 LEK-KJM

CASE NAME:       Alden Pauline Jr., vs. Director Espinda et al.,

JUDGE:   Leslie E. Kobayashi      DATE:      2/27/2020

COURT ACTION:   EO: COURT ORDER DENYING PLAINTIFF'S MOTIONS FILED ON FEBRUARY 24, 2020.

On February 24, 2020, pro se Plaintiff Alden Pauline ("Plaintiff") filed several motions. The Court resolves those Motions as follows:

(1) Motion to Answer, seeking an order directing Deputy Attorney General Caron Inagaki to respond to the First Amended Complaint ("FAC") [ECF No. 16]. Because Defendants have filed an Answer [ECF No. 56], Plaintiff's Motion to Answer is DENIED.

(2) Motion to the Court to Dismiss [ ] FAC. It is clear that Plaintiff is not attempting to voluntarily dismiss the FAC, but apparently seeks an injunction preventing Defendants from moving to dismiss it. The Court will not enjoin motions that have not been filed. Plaintiff's Motion to Dismiss is DENIED.

(3) Motion to Proceed to Trial; Motion for Discovery; and Motion for Witnesses for Trial. Because the court has not issued a Scheduling Order pursuant to Federal Rule of Civil Procedure 16, Plaintiff's Motions are DENIED as premature.

(4) Motion for Declaratory and Injunctive Relief and Money Damages. Because Plaintiff failed to make any request for relief in the FAC he is seeking to do so now.  Plaintiff does not explain what *type* of declaratory or injunctive relief he seeks, or indicate the amount or type of monetary damages he seeks. Plaintiff's Motion for Declaratory and Injunctive Relief and Money Damages is therefore DENIED without prejudice to Plaintiff filing a supplement to the FAC that explicitly details his requests for declaratory, injunctive, and monetary relief.

(5) "Motion to Inform Judge LEK of this Ongoing Issue of the Court Keep Dismissing My Motions." Plaintiff apparently seeks an explanation why some of his motions have been denied and some of Defendants motions have been granted. The Court's orders are self-explanatory and the Court will not issue an advisory opinion explaining why motions have been or will be granted or denied. Plaintiff's "Motion" is DENIED.

IT IS SO ORDERED

Submitted by: Agalelei Elkington, Courtroom Manager