# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 19-00167 LEK-KJM |
| CASE NAME: | Alden Pauline, Jr. vs. Director DOJ, et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 04/30/2020 |

COURT ACTION: EO: COURT ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTIONS FILED ON APRIL 27, 2020

On April 27, 2020, pro se Plaintiff Alden Pauline ("Plaintiff") filed five documents, that are resolved as follows:

(1) Plaintiff's **Motion to Call Witnesses to Trial** [ECF 66], and **Motion to Inform Court of Deadlines** [ECF 69], are **DENIED**. It is premature to name witnesses, and Plaintiff is **DIRECTED** to review the deadlines set forth in the 04/13/2020 Rule 16 Scheduling Order for guidance. Plaintiff is **ADVISED** that naming non-expert or expert witnesses for trial and seeking information regarding deadlines are **not** motions and should not be titled or filed as such.

(2). Plaintiff's **Motions to Seek Monetary Damages** [ECF 68], and **Motion for Monetary Damages from the Mental Health Problems** [ECF 70], adding a claim for damages to the FAC in an amount to be determined after trial is GRANTED.

(3) Plaintiff's **Motion for Summary Judgment** [ECF 67] is DENIED for Plaintiff's failure to submit facts or documents showing that there is no genuine dispute as to any material fact regarding his claims that he was (1) stabbed on 01/11/2019; (2) sexually assaulted on 01/10/2012; and (3) assaulted on 01/15/2019 while incarcerated at OCCC, and that he is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager